IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JORGE CRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:15-cv-02578-LMM |
| | ) | |
| YES COMMUNITIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER APPROVING SETTLEMENT

Plaintiff and Defendant filed a Consent Motion for Approval of a proposed Settlement Agreement.

Having reviewed the proposed Settlement Agreement, this Court finds it to be a reasonable settlement of the Plaintiff's claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, GRANTED.

IT IS HEREBY ORDERED that the Settlement Agreement is approved. The Parties are directed to file a Joint Stipulation of Dismissal with Prejudice within five (5) days after payment is made pursuant to the terms of the Settlement Agreement and any disputes related thereto have been resolved.  The parties shall bear their own costs. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this

civil action pending the parties' filing the dismissal.[1]

**IT IS SO ORDERED** this the 18th day of February, 2016.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.